[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-12194
Non-Argument Calendar
_____

D.C. Docket No. 1:10-cr-00303-CB-C-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER WIGGINS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(February 8, 2013)

Before CARNES, HULL and JORDAN, Circuit Judges.

PER CURIAM:

Barry Johnson Parker, appointed appellate counsel for Christopher Wiggins in this direct criminal appeal, has moved to withdraw from further representation of the defendant, and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because our independent review of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Wiggins's conviction and sentence are **AFFIRMED**.